

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Brenda Davis Ingram, Appellant

No. 06-16-00066-CR     v.

The State of Texas, Appellee

Appeal from the 82nd District Court of Robertson County, Texas (Tr. Ct. No. 15-03-20050-CR). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellant, Brenda Davis Ingram, pay all costs of this appeal.

RENDERED MAY 4, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk